# Exhibit A

**Registration Number**

# TX 9-584-177

**Effective Date of Registration:**
November 25, 2025
**Registration Decision Date:**
April 14, 2026

## Title

**Title of Work:** CPT 2026 Professional Edition

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** September 01, 2025
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-64016-322-5

## Author

- **Author:** American Medical Association
  **Author Created:** text, New and revised text and compilation of data and text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** American Medical Association
330 N. Wabash Avenue, Suite 39300, Chicago, IL, 60611, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, Previous edition
**Previous registration and year:** TX 9-391-694, 2024
TX 9-450-868, 2025

**New material included in claim:** text, New and revised text and compilation of data and text

## Certification

**Name:** Yolanda Davis
**Date:** November 20, 2025

Page 1 of 2