# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: PatientRightsAdvocate.org v. Am. Med. Ass'n

Case Number: 1:26-cv-09746

An appearance is hereby filed by the undersigned as attorney for:

PatientRightsAdvocate.org

Attorney name (type or print): Cameron T. Norris

Firm: Consovoy McCarthy PLLC

Street address: 1600 Wilson Blvd., Ste. 700

City/State/Zip: Arlington, VA 22209

Bar ID Number: 33467
(See item 3 in instructions)

Telephone Number: 703-243-9423

Email Address: cam@consovoymccarthy.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Aug. 13, 2026

Attorney signature: S/ Cameron T. Norris
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023