**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| PATIENTRIGHTSADVOCATE.ORG, INC., *Plaintiff,* | |
| v. | Case No. 1:26-cv-09746 |
| AMERICAN HOSPITAL ASSOCIATION, *Defendant.* | |

**NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff PatientRightsAdvocate.Org states that it has no parent corporation, that no publicly held corporation holds a 10% or greater ownership interest in it, and that it has no "affiliates" within the meaning of Local Rule 3.2(a).

Dated: August 13, 2026

Respectfully submitted,

*/s/ Cameron T. Norris*
Jeffrey M. Harris*
Cameron T. Norris
Ryan M. Proctor*
Nicholas B. Venable*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*\*Pro hac vice* application forthcoming

*Counsel for Plaintiff*